UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| **JASON P. WALSH,** | ) Case No. 11-47448 |
| | ) |
| Debtor. | ) Honorable Bruce W. Black |

### NOTICE OF MOTION

TO:  See Attached Service List

PLEASE TAKE NOTICE that on **Friday, December 23, 2011, at 9:15 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Bruce W. Black, United States Bankruptcy Judge for the Northern District of Illinois, or such other judge as may be sitting in his place and stead, in Room 201, Will County Court Annex Building, 57 North Ottawa Street, Joliet, Illinois, and then and there present **Motion of Old Second National Bank for (1) Relief from the Automatic Stay, and (2) Waiver of the Fourteen-Day Stay Pursuant to Rule 4001(a)(3) (68 Kaffel Court and 82 Kaffel Court, Frankfort, IL)**, a true and correct copy of which is herewith served upon you.

OLD SECOND NATIONAL BANK

By:  /s/ Charles S. Stahl, Jr.
    One of its attorneys

| | |
|---|---|
| Charles S. Stahl, Jr. (A.R.D.C. 2699915) | Brian W. Bell (A.R.D.C. 0160431) |
| SWANSON, MARTIN & BELL, LLP | SWANSON, MARTIN & BELL, LLP |
| 2525 Cabot Drive, Suite 204 | 330 North Wabash Avenue, Suite 3300 |
| Lisle IL 60532 | Chicago, IL 60611 |
| (630) 799-6990 | (312) 321-8424 |
| Fax: (630) 799-6901 | Fax: (312) 321-0990 |
| cstahl@smbtrials.com | bbell@smbtrials.com |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| **JASON P. WALSH,** | ) Case No. 11-47448 |
| | ) Honorable Bruce W. Black |
| | ) Hearing Date: December 23, 2011 |
| Debtor. | ) Hearing Time: 9:15 a.m. |

**MOTION OF OLD SECOND NATIONAL BANK FOR
(1) RELIEF FROM THE AUTOMATIC STAY, AND
(2) WAIVER OF THE FOURTEEN-DAY STAY PURSUANT TO RULE 4001(a)(3)
(68 KAFFEL COURT AND 82 KAFFEL COURT, FRANKFORT, IL)**

NOW COMES Old Second National Bank ("OSNB"), by and through its undersigned counsel, and for its motion pursuant to 11 U.S.C. § 362(d)(1)[1] for relief from the automatic stay and waiver of the 14-day stay pursuant to Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure (the "Motion"), states as follows:

**PRELIMINARY STATEMENT**

1. Jason P. Walsh (the "Debtor") filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code on November 23, 2011 (the "Petition Date"). The filing of the petition prevents OSNB from executing on a final Judgment of Foreclosure and Sale (the "Final Judgment") entered on August 16, 2011 by the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois in Case No. 11 CH 02931 (the "State Court Case"). A copy of the Final Judgment is attached hereto as Exhibit A. Due to the automatic stay, OSNB is restrained from proceeding pursuant to the Final Judgment with a duly noticed sheriff's sale scheduled for January 11, 2012.

2. This Court has jurisdiction to hear and determine this motion pursuant to 28

---

[1] Title 11, United States Code, is hereinafter referred to as the "Bankruptcy Code."

1

U.S.C. § 1334(b) and General Rule 2.33 of the United States District Court for the Northern District of Illinois. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(G).

## THE STATE COURT CASE

3. On or about November 7, 2005, OSNB, as successor in interest to Heritage Bank, extended credit to the Debtor and Boston-Ridg Properties, LLC in the original principal amount of $172,000.00 ("Loan 1"). Payment of the Loan 1 was secured by, among other things, an assignment of rents and a mortgage ("Mortgage 1") on a condominium unit commonly known as 68 Kaffel Court, Frankfort, Illinois 60423. The promissory note evidencing Loan 1 matured on January 1, 2011, and no payments were made on account thereof since the date of maturity.

4. On or about December 22, 2005, OSNB, as successor in interest to Heritage Bank, extended credit to the Debtor and Boston-Ridg Properties, LLC in the original principal amount of $172,000.00 ("Loan 2"). Payment of the Loan 2 was secured by, among other things, an assignment of rents and a mortgage ("Mortgage 2") on a condominium unit commonly known as 82 Kaffel Court, Frankfort, Illinois 60423. The promissory note evidencing Loan 2 matured on December 1, 2010, and no payments were made on account thereof since the date of maturity.

5. By virtue of the foregoing defaults, on June 13, 2011, OSNB filed the State Court Case. As set forth in the Final Judgment, as of August 16, 2011, the amounts due and owing on account of Note 1 and Note 2, exclusive of foreclosure fees and costs, were $166,399.09 and $171,866.00, respectively. In addition, as of July 31, 2011, OSNB had incurred foreclosure fees and costs in the aggregate sum of $4,534.83.

6. Pursuant to the Final Judgment and in accordance with applicable state law, OSNB duly noticed and caused to be scheduled a sheriff's sale of its collateral for January 11, 2012.

## DEBTOR'S BANKRUPTCY CASE

7. The Debtor does not reside in either of the condominium units which secure Note 1 and Note 2. In his verified Schedule A, the Debtor lists the fair market value of each of the condominium units as $125,000.00. By the Debtor's own admission, the value of each condominium is at least $40,000.00 less than the indebtedness secured thereby. In his Statement of Intention, the Debtor states his intent is to surrender both of the condominium units to OSNB.

8. A meeting pursuant to § 341 of the Bankruptcy Code is scheduled for December 19, 2011.

9. The automatic stay provisions contained in § 362(a) of the Bankruptcy Code restrain OSNB from executing on the Final Judgment and realizing upon the real estate collateral which Debtor admits is worth substantially less than the debt owed to OSNB.

## APPLICABLE STANDARDS

10. Section 362(d) of the Bankruptcy Code provides in pertinent part as follows:

> On request of a party in interest and after notice and a hearing, the court shall grant relief from the stay provided under subsection (a) of this section, such as by terminating, annulling, modifying, or conditioning such stay—
>
> > (1) for cause, including the lack of adequate protection of an interest in property of such party in interest;
> >
> > (2) with respect to a stay of an act against property under subsection (a) of this section, if--
> >
> > > (A) the debtor does not have an equity in such property; and

3

(B) such property is not necessary to an effective reorganization; . . .

## **OSNB IS ENTITLED TO RELIEF FROM THE AUTOMATIC STAY**

11. Cause exists for granting the relief requested for several reasons, and OSNB is entitled to relief from the automatic stay for cause shown because:

- OSNB's interests are not adequately protected;
- the Debtor does not have an equity in the real property; and
- the real property is not necessary to an effective reorganization.

12. Conversely, if the automatic stay is maintained, the hardship to OSNB will be great because:

- OSNB will be unable to exercise its rights and remedies under the Final Judgment;
- the amounts due OSNB continue to accrue interest at the default rates specified in Note 1 and Note 2; and
- OSNB likely will be forced to extend additional credit involuntarily to the Debtor due to his default in paying real estate taxes relating to OSNB's collateral.

13. There exists no just reason to stay enforcement of this Court's order granting the relief requested.

WHEREFORE, Old Second National Bank respectfully requests that the Motion be granted in its entirety, that the 14-stay pursuant to Rule 4001(a)(3) be waived, that the Court enter the proposed order appended hereto, and that Old Second National Bank be granted such further and additional relief as may be equitable and just under the circumstances presented.

OLD SECOND NATIONAL BANK

By: /s/ Charles S. Stahl, Jr.
One of its attorneys

| | |
|---|---|
| Charles S. Stahl, Jr. (A.R.D.C. 2699915) | Brian W. Bell (A.R.D.C. 0160431) |
| SWANSON, MARTIN & BELL, LLP | SWANSON, MARTIN & BELL, LLP |
| 2525 Cabot Drive, Suite 204 | 330 North Wabash Avenue, Suite 3300 |
| Lisle IL 60532 | Chicago, IL 60611 |
| (630) 799-6990 | (312) 321-8424 |
| Fax: (630) 799-6901 | Fax: (312) 321-0990 |
| cstahl@smbtrials.com | bbell@smbtrials.com |

5